UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNGWON KIM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 25-cv-03383-JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 16 |

This matter comes before the Court on consideration of Plaintiffs' notice of motion and motion for a temporary restraining Order. The Court will add this matter to the calendar on Friday, April 25, 2025 at 9:00 a.m. If Plaintiffs' counsel cannot be present in person, they shall submit a request to appear by Zoom by no later than 12:00 p.m. on April 24, 2025.

The Government may file an opposition by no later than 5:00 p.m. on April 24, 2025.

The Court REFERS all parties to the Notice of Questions posted in *Doe v. Trump, et al.*, No. 25-cv-3140, Dkt. No. 38.

**IT IS SO ORDERED**.

Dated: April 24, 2025

_____
JEFFREY S. WHITE
United States District Judge