KRISTINA DAVID
CA Bar # 346347
David Strashnoy Law, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Tel.: 818-646-7350
kristina@strashnoylaw.com

JESSE M. BLESS
MA Bar #660713
Bless Litigation LLC
6 Vineyard Lane,
Georgetown, MA 01833
781-704-3897
jesse@blesslitigation.com
*Attorneys For Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jungwon Kim, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Kristi Noem, et al.,<br><br>　　　　Defendants. | Case No. 4:25-cv-03383-JSW<br><br>Related Case 4:25-cv-03140-JSW<br>*Doe v. Trump, et al.*<br> **Order Granting**<br>**STIPULATION TO APPEAR BY ZOOM AND PROVIDE DEFENDANTS UNTIL 9:00 P.M. TO FILE THEIR OPPOSITION** |

　　　　The parties hereby stipulate and jointly file this motion to allow: 1) Mr. Jesse M. Bless, to appear via Zoom at the motion hearing scheduled for tomorrow at 9:00 a.m; and 2) Defendants to file their opposition to Plaintiffs' motion for a temporary restraining order by 9:00 p.m. on April 24, 2025. The parties conferred via email after receiving the Court's hearing schedule for tomorrow and agreed to make the following request jointly.

　　　　Mr. Jesse M. Bless will appear and present the argument in support of the motion on

STIPULATION TO APPEAR BY ZOOM AND PROVIDE DEFENDANTS UNTIL 9:00 P.M. TO FILE THEIR
OPPOSITION - 1
CASE NO. 4:25-CV-03383-JSW

behalf of Plaintiffs. Mr. Bless is physically present in Georgetown, Massachusetts, and travel arrangements in time for the hearing tomorrow are not available. Within an hour of the hearing being set, Mr. Bless checked available flights via www.Kayak.com and did not find a flight available that would allow him to appear in person tomorrow. Mr. Bless has previously appeared before the Court via Zoom and has the internet and communications tools to appear and present argument without any technical difficulty. Mr. Bless apologizes for any inconvenience to the Court. Co-counsel, Ms. Kristina David, resides in Los Angeles, California, but unfortunately is out of town through the end of the week. Similarly, Ms. Elizabeth Kurlan, has competing deadlines today and requires an additional 4 hours to prepare an opposition. Plaintiffs understand and have no issues with accommodating Ms. Kurlan's request.

April 24, 2025

Respectfully submitted,

/s/ *Jesse M. Bless*
Jesse M. Bless
MA Bar No. 660713
Bless Litigation LLC
6 Vineyard Lane,
Georgetown, MA 01833
781-704-3897
jesse@blesslitigation.com
Appearing *Pro Hac Vice*

/s/ *Kristina David*
Kristina David
CA Bar No. 346347
David Strashnoy Law, PC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
818-646-7350
kristina@strashnoylaw.com

Attorneys for Plaintiffs

STIPULATION TO APPEAR BY ZOOM AND PROVIDE DEFENDANTS UNTIL 9:00 P.M. TO FILE THEIR OPPOSITION - 2
CASE NO. 4:25-CV-03383-JSW

| | |
|---|---|
| Dated: April 24, 2025 | Respectfully submitted,[1]<br>PATRICK D. ROBBINS<br>Acting United States Attorney<br><br>*s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br><br>Attorneys for Defendants |

Dated: April 24, 2025



[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION TO APPEAR BY ZOOM AND PROVIDE DEFENDANTS UNTIL 9:00 P.M. TO FILE THEIR OPPOSITION - 3
CASE NO. 4:25-CV-03383-JSW