PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>    Defendants | Case No. 25-03140 JSW<br><br>ORDER GRANTING AS MODIFIED **STIPULATION TO EXTEND TIME TO ALLOW THE PARTIES TO ENGAGE IN NEGOTIATIONS FOR A POTENTIAL RESOLUTION;** [PROPOSED] ORDER |
| S.Y., *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*,<br><br>    Defendants | Case No. 4:25-cv-3244-JSW |
| ZHOUER CHEN, *et al.*<br><br>    Plaintiff,<br><br>v. | Case No. 4: 25-cv-3292-JSW |

STIPULATION
4:25-CV-03140 JSW and related cases

| | | |
|---|---|---|
| 1 | KRISTI NOEM, *et al.,* | |
| 2 |     Defendants | |
| 3 | | |
| 4 | | |
| 5 | SHANGSHANG WANG, | Case No. 4:25-cv-3323-JSW |
| 6 |     Plaintiff, | |
| 7 |   v. | |
| 8 | KRISTI NOEM, *et al.,* | |
| 9 |     Defendants | |
| 10 | | |
| 11 | JUNGWON KIM, *et al.,* | Case No. 4:25-cv-3383-JSW |
| 12 |     Plaintiff, | |
| 13 |   v. | |
| 14 | KRISTI NOEM, *et al.,* | |
| 15 |     Defendants | |
| 16 | W.B. | |
| 17 | | Case No. 4:25-cv-3407-JSW |
| 18 |     Plaintiff, | |
| 19 |   v. | |
| 20 | KRISTI NOEM, *et al.,* | |
| 21 |     Defendants | |
| 22 | | Case No. 4:25-cv-3475-JSW |
| 23 | SKY QUI, | |
| 24 |     Plaintiff, | |
| 25 |   v. | |
| 26 | TODD M. LYONS, in his official capacity as Acting Director of United States Immigration and Customs Enforcement, | |
| 27 | | |
| 28 |     Defendant. | |

STIPULATION
4:25-CV-03140 JSW and related cases

| | | |
|---|---|---|
| 1 | | |
| 2 | EMMA BAI, | Case No. 4:25-cv-3481-JSW |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | KRISTI NOEM, *et al.,* | |
| 6 | Defendants | |
| 7 | | |
| 8 | J.C. *et al.,* | Case No. 4:25-cv-3502-JSW |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | KRISTI NOEM, *et al.,* | |
| 12 | Defendants. | |
| 13 | ARYAN SHAH, *et al.,* | Case No. 4:25-cv-3549-JSW |
| 14 | | |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | TODD M. LYONS, | |
| 18 | Defendant. | |
| 19 | | |
| 20 | YIWEI HE, | Case No. 4:25-cv-3480 JSC |
| 21 | | |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | KRISTI NOEM, *et al.,* | |
| 25 | Defendants. | |

STIPULATION
4:25-CV-03140 JSW and related cases

On May 6, 2025, the Court granted the parties stipulation to an extension of time for Defendants' supplemental opposition to Plaintiffs' motion for preliminary injunction, setting the deadline for Defendants' opposition on May 7, 2025, at 5:00 p.m. *See* Dkt. No. 55. The Court noted that "[t]here shall be no further extensions." *Id.*

Following the Court's order, Plaintiffs and Defendants have been actively engaged in negotiations for a potential resolution of these cases. The parties are negotiating in good faith but will need a brief period of additional time to determine if they can reach an agreement. Accordingly, the parties respectfully request the Court to grant an extension of time for Defendants' supplemental opposition to Plaintiffs' motions for preliminary injunction, and set the due date for Defendants' opposition to May 8, 2025, at 5:00 p.m. The parties are mindful of the Court's order and make this request because they believe it will benefit the parties and conserve the Court's resources to allow a brief period of additional time for the parties to pursue a potential resolution.

For *He v. Noem*, No. 4:25-cv-3480-JSW, the parties request that the Court set the due date for their joint status report to May 8, 2025. The parties respectfully request that the Court grant their stipulation.

| | |
|---|---|
| Dated: May 7, 2025 | Respectfully submitted, |
| | PATRICK D. ROBBINS<br>Acting United States Attorney |
| | *s/ Elizabeth D Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney |
| | *Attorneys for Defendants* |
| Dated: May 7, 2025 | *s/ John Nicholas Sinodis*<br>JOHN NICHOLAS SINODIS<br>Van Der Hout, LLP |
| | *Attorney for Plaintiffs* |

       _s/ Andre Y. Bates_
       ANDRE Y. BATES
       DeHeng Law Offices PC

       *Attorney for Plaintiff*

       _s/ Jesse M. Bless_
       JESSE M. BLESS
       Bless Litigation

       *Attorney for Plaintiffs*

       _s/ Brad Banias_
       BRAD BANIAS
       Banias Law

       *Attorney for Plaintiffs*

       _s/ Ben Loveman_
       BEN LOVEMAN
       Reeves Immigration Law Group

       *Attorney for Plaintiff*

       _s/ Zachary R. New_
       ZACHARY R. NEW
       Joseph and Hall P.C.

       *Attorney for Plaintiff*

## **[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants will file their supplemental opposition to Plaintiffs' motion for preliminary injunction by May 8, 2025, at 5:00 p.m. If the parties are not able to resolve these matters, the Court reserves the right to continue the hearing to May 14, 2025 at 10:00 a.m. The Court reminds the parties that the cases have not been consolidated. Defendants shall file this stipulation in each case. Finally, if the parties require any further extensions, Defendants shall be prepared to state whether they will consent to extend the TROs until the motions for the preliminary injunctions are resolved.

Date: May 7, 2025

_____
JEFFREY S. WHITE
United States District Judge

*Jeffrey S. White* (signature)

STIPULATION
4:25-CV-03140 JSW AND RELATED CASES    2