```
 1  PATRICK D. ROBBINS (CABN 152288)
    Acting United States Attorney
 2  PAMELA T. JOHANN (CABN 145558)
    Chief, Civil Division
 3  ELIZABETH D. KURLAN (CABN 255869)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-7298
 6      Facsimile: (415) 436-6748
        elizabeth.kurlan@usdoj.gov
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| SHANGSHANG WANG, | ) Case No.: 4:25-cv-3323-JSW |
|---|---|
| Plaintiff, | ) **ORDER GRANTING AS MODIFIED STIPULATION TO A REVISED BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security *et al.*, | |
| Defendants | |
| JUNGWONG KIM, *et al*., | ) Case No.: 4:25-cv-3383-JSW |
| Plaintiff, | |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security *et al.*, | |
| Defendants. | |

On May 7, 2025, the Court granted the parties stipulation to an extension of time for Defendants' supplemental opposition to Plaintiffs' motion for preliminary injunction, setting the deadline for Defendants' opposition to May 8, 2025, at 5:00 p.m. *See* Dkt. No. 31. The Court noted "[i]f the parties

STIPULATION
4:25-CV-3323, 25-CV-3383 JSW

are not able to resolve these matters, the Court reserves the right to continue the hearing to May 14, 2025 at 10:00 a.m." *Id.*

Plaintiffs and Defendants still are actively engaged in negotiations for a potential resolution of these cases. Accordingly, the parties stipulate and respectfully request the Court to grant a revision to the briefing schedule and hearing date as follows:

1. Defendants will file their supplemental opposition to Plaintiffs' motion for preliminary injunction by May 9, 2025, at 5:00 p.m.

2. Plaintiffs will file their reply by May 12, 2025, at 5:00 P.M..

3. The hearing on Plaintiffs' motion for preliminary injunction is continued to May 14, 2025, at 10:00 a.m.

The temporary restraining order ("TRO") entered by the Court remains in effect through May 15, 2025. To the extent additional time is needed, the parties will address whether to further extend the TRO. The parties respectfully request that the Court grant their stipulation.

Dated: May 8, 2025

Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney

 *s/ Elizabeth D Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*

Dated: May 8, 2025

 *s/ Jesse Bless*
JESSE M. BLESS
Bless Litigation

*Attorney for Plaintiffs*

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Date:  May 9, 2025

_____
JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
4:25-CV-3323, 25-CV-3383 JSW