PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>    Defendants. | Case No. 4:25-cv-03140-JSW<br><br>ORDER GRANTING AS MODIFIED **STIPULATION TO EXTEND THE DUE DATE FOR DEFENDANTS' SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;** ~~[PROPOSED] ORDER~~<br><br>The Honorable Jeffrey S. White |
| S.Y., *et al.*,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*,<br><br>    Defendants. | Case No. 4:25-cv-3244-JSW |

STIPULATION
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | ZHOUER CHEN, *et al*. | Case No. 4: 25-cv-3292-JSW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | KRISTI NOEM, *et al*., | |
| 5 | Defendants. | |
| 8 | SHANGSHANG WANG, *et al.*, | Case No. 4:25-cv-3323-JSW |
| 9 | Plaintiffs, | |
| 10 | v. | |
| 11 | KRISTI NOEM, *et al.*, | |
| 12 | Defendants. | |
| 15 | JUNGWON KIM, *et al.*, | Case No. 4:25-cv-3383-JSW |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | KRISTI NOEM, *et al.*, | |
| 19 | Defendants. | |
| 21 | W.B. | Case No. 4:25-cv-3407-JSW |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | KRISTI NOEM, *et al.*, | |
| 25 | Defendants. | |

STIPULATION
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | SKY QUI, | Case No. 4:25-cv-3475-JSW |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | TODD M. LYONS, in his official capacity as Acting Director of United States Immigration and Customs Enforcement, | |
| 5 | | |
| 6 | Defendant. | |
| 7 | EMMA BAI, | Case No. 4:25-cv-3481-JSW |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | KRISTI NOEM, *et al.*, | |
| 11 | Defendants. | |
| 12 | | |
| 13 | J.C. *et al.*, | Case No. 4:25-cv-3502-JSW |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | KRISTI NOEM, *et al.*, | |
| 17 | Defendants. | |
| 18 | | |
| 19 | | |
| 20 | ARYAN SHAH, *et al.*, | Case No. 4:25-cv-3549-JSW |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | TODD M. LYONS, | |
| 24 | Defendant. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | YIWEI HE, | ) Case No. 4:25-cv-3480-JSW |
| 2 | Plaintiff, | ) |
| 3 | v. | ) |
| 4 | KRISTI NOEM, *et al.*, | ) |
| 5 | Defendants. | ) |

STIPULATION
4:25-cv-03140- JSW and related cases

On April 25, 2025, the Court set a hearing on the motions for preliminary injunction for May 13, 2025, and a briefing schedule that required Defendants' supplemental opposition to be filed by 2:00 p.m. on May 6, 2025, and Plaintiffs' replies to be filed by May 9, 2025. *See*, *e.g.*, Dkt. No. 24. Plaintiffs and Defendants have conferred and respectfully request the Court to grant an extension of time for Defendants' supplemental opposition to Plaintiffs' motions for preliminary injunction, and set the due date for Defendants' opposition to May 7, 2025, at 5:00 p.m. The parties make this request because Defendants need additional time to obtain additional information that may be useful to Plaintiffs' request for injunctive relief.

For *He v. Noem*, No. 4:25-cv-3480-JSW, the parties request that the Court set the due date for their joint status report to May 7, 2025. The parties respectfully request that the Court grant their stipulation.

Dated: May 6, 2025

Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

Attorneys for Defendants

Dated: May 6, 2025

*s/ John Nicholas Sinodis*
JOHN NICHOLAS SINODIS
Van Der Hout, LLP

*Attorney for Plaintiffs*

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

    *s/ Andre Y. Bates*
ANDRE Y. BATES
DeHeng Law Offices PC

*Attorney for Plaintiffs*


    *s/ Jesse M. Bless*
JESSE M. BLESS
Bless Litigation

*Attorney for Plaintiffs*


    *s/ Brad Banias*
BRAD BANIAS
Banias Law

*Attorney for Plaintiffs*


    *s/ Ben Loveman*
BEN LOVEMAN
Reeves Immigration Law Group

*Attorney for Plaintiff*


    *s/ Zachary R. New*
ZACHARY R. NEW
Joseph and Hall P.C.

*Attorney for Plaintiff*


## [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants will file their supplemental opposition to Plaintiffs' motion for preliminary injunction by May 7, 2025, at 5:00 p.m. There shall be no further extensions.

Date: May 6, 2025

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE